LAW OFFICES OF JONATHAN G. STEIN
JONATHAN G. STEIN   SBN  224609
5050 LAGUNA BLVD STE 112-325
ELK GROVE CA 95758
(916) 247-6868; (FAX) 443-5022
e-mail jonathan@jonathangstein.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GUADALUPE NAVARRO AND DANIEL NAVARRO | CASE NO. 10-CV-00457-LKK-DAD |
| Plaintiffs, | STIPULATION TO CONTINUE HEARING ON DEFENDANT COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT and ORDER |
| v. | |
| BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS, INC.; AMERICA'S WHOLESALE LENDER; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OMEGA REALTY AND HOME LOANS; LARRY LEE HARTMAN; and DOES 1-20 inclusive, | Hon. Lawrence K. Karlton |
| | Current Date: April 5, 2010
Current Time: 10:00 a.m.
Current Courtroom: 4 |
| Defendants._____/ | Proposed Date: April 19, 2010
Proposed Time: 10:00 a.m.
Proposed Courtroom: 4 |

   Plaintiffs Guadalupe Navarro and Daniel Navarro and Defendants COUNTRYWIDE HOME LOANS, INC. DBA AMERICA'S WHOLESALE LENDER (ERRONEOUSLY SUED AS BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS, INC. AND AMERICA'S WHOLESALE LENDER), by and through their attorneys of record do hereby stipulate and agree to the following:

   1.   Defendants Countrywide Home Loans, Inc. Dba America's Wholesale Lender (Erroneously Sued as Bank of America Fka Countrywide Home Loans, Inc. and America's

1  Wholesale Lender) currently have a Motion to Dismiss Plaintiffs' Complaint scheduled to be
2  heard before the United States District Court on April 5, 2010.
3       2.      The parties stipulate and agree that Defendants' Motion to Dismiss Plaintiffs'
4  Complaint will be heard on April 19, 2010 at 10:00 A.M. and the previous date of April 5, 2010
5  be vacated accordingly.

Dated: March 2, 2010

/s/ Jonathan G. Stein
JONATHAN G. STEIN
Attorney for Plaintiffs GUADALUPE
NAVARRO AND DANIEL NAVARRO

Dated: March 2, 2010

/s/ David S. Reidy
DAVID S. REIDY
Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.
DBA AMERICA'S WHOLESALE
LENDER (ERRONEOUSLY SUED AS
BANK OF AMERICA FKA
COUNTRYWIDE HOME LOANS, INC.
AND AMERICA'S WHOLESALE
LENDER)

**IT IS SO ORDERED**:

Dated: March 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT